■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW H. LETTS, Appellant. [621 NYS2d 986] —Judgment unanimously affirmed. Memorandum: The record supports the suppression court's finding that defendant, despite his illiteracy and intellectual limitations, knowingly, voluntarily and intelligently waived his *Miranda* rights and agreed to speak to the police *(see, People v Thayer,* 210 AD2d 977 [decided herewith]; *People v Ludlow,* 187 AD2d 936, *lv denied* 81 NY2d 888; *People v Matthews,* 148 AD2d 272, *lv dismissed* 74 NY2d 950). Because defendant pleaded guilty before the court ruled on the alleged *Payton* violation *(see, Payton v New York,* 445 US 573), defendant waived his right to raise that issue on appeal *(see, People v Fernandez,* 67 NY2d 686; *People v Van Asten,* 159 AD2d 252; *People v Woods,* 156 AD2d 1012, *lv denied* 75 NY2d 926; *People v Lewis,* 140 AD2d 630). (Appeal from Judgment of Monroe County Court, Maloy, J.—Rape, 1st Degree.) Present—Green, J. P., Wesley, Callahan, Doerr and Boehm, JJ.